No. 80–224. WESTINGHOUSE ELECTRIC CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. ¦ Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–305. ALABAMA DAIRY COMMISSION ET AL. v. DELVIEW MEADOW GOLD DIVISION, BEATRICE FOODS CO., ET AL. Sup. Ct. Ala. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–337. ROBERTS v. SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–263. ITHACA COLLEGE FACULTY ASSN., NYSUT-AFT v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 80–297. HOLDING v. BVA CREDIT CORP. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–5248. INMATES, RICHMOND CITY JAIL v. WINSTON ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–405. TRAN CON CORP., DBA PALLADIUM v. ALCOHOLIC BEVERAGE CONTROL APPEALS BOARD (RICE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE BRENNAN would grant certiorari.